## 36653. ZUSMANN v. ZUSMANN.

PER CURIAM.

Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED SEPTEMBER 10, 1980.

*Macey & Zusmann, John M. Sikes, Jr.,* for appellant.
*Dennis, Corry, Webb, Carlock & Williams, Robert E. Corry, Jr., Kent T. Stair,* for appellee.